AP-77,053
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/16/2015 8:17:23 AM
Accepted 9/16/2015 9:43:50 AM
ABEL ACOSTA
CLERK



# GREG WILLIS
## CRIMINAL DISTRICT ATTORNEY

COLLIN COUNTY COURTHOUSE
2100 BLOOMDALE ROAD, SUITE 200
MCKINNEY, TEXAS  75071
972.548.4323
FAX 214.491.4860
**www.collincountyda.com**

September 16, 2015

Honorable Abel Acosta, Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Austin, Texas 78711

Re:  Eric Lyle Williams v. State,        No. AP-77,053
                                         Trial Court No. 32021-422
      Court's letter of September 14, 2015

Dear Mr. Acosta:

On September 14, 2015, the Court directed Official Court Reporter Donna Gehl to ensure that all copies of Volume 7 of the Reporter's Record be "properly sealed." The State's copy of Volume 7 is a solely a placeholder volume and has no contents to seal. I have attached a copy to this letter for your reference.

                        Respectfully submitted,

                        William H. Wirskye
                        Assistant Criminal District Attorney
                        Collin County
                        Kaufman County District Attorney Pro Tem

                        John R. Rolater, Jr.
                        Assistant Criminal District Attorney
                        Collin County
                        Kaufman County Assistant District Attorney Pro Tem

cc:   John Tatum
      Appellate Counsel
      jtatumlaw@gmail.com

_____

Brad Levenson
Office of Capital Writs
Writ Counsel
administration@ocw.texas.gov

STATE OF TEXAS             )      IN THE DISTRICT COURT

VERSUS                )      KAUFMAN COUNTY, TEXAS

ERIC LYLE WILLIAMS     )      422ND JUDICIAL DISTRICT COURT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
EX PARTE HEARING - SEALED
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On the 21st day of May, 2014 the following proceedings came on to be heard in the above-entitled and numbered cause before the Honorable Michael R. Snipes, Judge presiding, held in Rockwall, Rockwall County, Texas:

Proceedings reported by stenographic shorthand.

THIS VOLUME IS NOT BEING PROVIDED TO THE STATE

THE TITLE PAGE IS FOR REFERENCE ONLY